# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CATALIN STOIAN, and )<br>MIHAIL STANCU, )<br>Defendants. )<br> | Docket No. 11 CR 0801-1<br>Honorable Judge Gary Feinerman |

## AGREED ORDER TO ENLARGE PROTECTIVE ORDER
## GOVERNING DISCOVERY TO INCLUDE
## DEFENDANT STOIAN AND DEFENDANT'S COUNSEL

NOW COMING before this court on Defendant, CATALIN STOIAN's Agreed Motion to Enlarge Protective Order Governing Discovery to include Defendant Stoian and Defendant's Counsel, and all parties in agreement, IT IS HEREBY ORDERED:

1. That the Protective Order Governing Discovery, docket number 9 entered on November 21, 2011, be enlarged to include Defendant Stoian and Defendant's Counsel to have immediate access to all of the materials provided by the United States in preparation for, and in connection with, any stages of the proceedings in this matter.

2. Furthermore, Defendant Stoain and Defendant's Counsel agree to be bound by all of the terms included in the Protective Order Governing Discovery.

3. Assistant United States Attorney, Angel Krull has no objections to enlarge the protective order to include Defendant Stoian and Defendant's Counsel.

ENTER: 12-10-2014

Glenn Seiden
SEIDEN NETZKY LAW GROUP
Attorney for the Defendant          Judge
115 S. LaSalle Street-Suite 2600
Chicago, Illinois 60603
Telephone No. 312-236-3060
Email: gseiden@snlgllc.com

1